Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
        kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN STREET, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALL-STATE CREDIT BUREAU, INC., a foreign corporation; CITIBANK, N.A., a national banking association; FAIR COLLECTIONS & OUTSOURCING, INC., a foreign corporation; LAKE MICHIGAN CREDIT UNION, a foreign credit union; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No.: 2:18-cv-01217-KJD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT TO OCTOBER 4, 2018**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Sean Street ("Plaintiff") and Defendant Wells Fargo Bank, N.A., ("Wells Fargo", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed an Amended Complaint (the "Amended Complaint") in this Court on August 8, 2018;

Wells Fargo was served with the Amended Complaint on August 14, 2018;

Wells Fargo's deadline to respond to the Amended Complaint is currently September 4, 2018; and

This is the Parties' first request for an extension of time to respond to the Amended Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Amended Complaint in this action is extended to and through October 4, 2018.

Dated: August 27, 2018.

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

By: */s/ Kevin L. Hernandez*
    Kevin L. Hernandez, Esq.
    2510 Wigwam Parkway, Suite 206
    Henderson, NV 89074
    *Attorneys for Plaintiff*

Dated: August 27, 2018.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham*
    Kelly Dove, Esq.
    Kiah D. Beverly-Graham, Esq.
    3883 Howard Hughes Pkwy, Ste 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Wells Fargo Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 30, 2018

4852-5919-9344