Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN STREET, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALL-STATE CREDIT BUREAU, INC., a foreign corporation; CITIBANK, N.A., a national banking association; FAIR COLLECTIONS & OUTSOURCING, INC, a foreign corporation; LAKE MICHIGAN CREDIT UNION, a foreign credit union; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No.: 2:18-cv-01217-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FAIR COLLECTIONS & OUTSOURCING, INC. WITH PREJUDICE** |

Plaintiff, Sean Street ("Plaintiff"), and Defendant, Fair Credit & Outsourcing, Inc. ("FCO") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

Therefore, Plaintiff and FCO, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to FCO only, with Plaintiff and FCO bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: September 25, 2018 | Dated: September 25, 2018 |
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **LINCOLN, GUSTAFSON & CERCOS, LLP** |
| */s/ Kevin L. Hernandez* <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 2510 Wigwam Parkway, Suite 206 <br> Henderson, Nevada 89074 <br> kevin@kevinhernandezlaw.com <br> *Attorney for Plaintiff* | */s/ Shannon G. Splaine* <br> Shannon G. Splaine, Esq. <br> Nevada Bar No. 8241 <br> 3960 Howard Hughes Parkway, Suite 200 <br> Las Vegas, Nevada 89169-5968 <br> ssplaine@lgclawoffice.com <br> *Attorney for Defendant, Fair Collections & Outsourcing, Inc.* |

Dated: September 25, 2018

**SNELL & WILMER L.L.P.**

*/s/ Kelly Dove*
Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
kbeverly@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FAIR COLLECTIONS & OUTSOURCING, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), FCO is dismissed from this action with prejudice. Plaintiff and FCO will bear their own attorneys' fees and costs incurred.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 9/28/2018