Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN STREET, an individual;<br><br>Plaintiff,<br><br>v.<br><br>ALL-STATE CREDIT BUREAU, INC., a foreign corporation; CITIBANK, N.A., a national banking association; FAIR COLLECTIONS & OUTSOURCING, INC, a foreign corporation; LAKE MICHIGAN CREDIT UNION, a foreign credit union; WELLS FARGO BANK, N.A., a national banking association;<br><br>Defendants. | Case No.: 2:18-cv-01217-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** |

Plaintiff, Sean Street ("Plaintiff"), and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Wells Fargo, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a), with Plaintiff and Wells Fargo bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 15, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 15, 2019

**SNELL & WILMER L.L.P.**

*/s/ Kelly Dove*
Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
3883 Howard Hughes Pkwy, Ste 1100
Las Vegas, Nevada 89169
kdove@swlaw.com
kbeverly@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 4/4/2019